UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 23752
    ROBERT C HINZ
    SHIRLEY J HINZ                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2671    SSN XXX-XX-3886
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/18/07 .

2. The case was dismissed without confirmation, 03/14/2008.

3. The Debtor paid a total of $ 1800.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 235.59 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | .00 | .00 | .00 |
| STATE FARM BANK | SECURED VEHIC | .00 | .00 | 247.86 |
| DELL FINANCIAL | SECURED | .00 | .00 | 65.61 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AMERI CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASH STORE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DICKS WELL & PUMP | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH USA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST FINANCIAL ASSET MG | UNSECURED | NOT FILED | .00 | .00 |

```
GEMB                         UNSECURED       NOT FILED              .00            .00
HSBC                         UNSECURED       NOT FILED              .00            .00
IC SYSTEMS INC               UNSECURED       NOT FILED              .00            .00
ICE MOUNTAIN WATER           UNSECURED       NOT FILED              .00            .00
ILLINOIS TITLE LOANS         UNSECURED       NOT FILED              .00            .00
IMAGING CARD                 UNSECURED       NOT FILED              .00            .00
JOES WELL & PUMP             UNSECURED       NOT FILED              .00            .00
LOYOLA UNIVERSITY            UNSECURED       NOT FILED              .00            .00
MCYDSNB                      UNSECURED       NOT FILED              .00            .00
NEXTEL                       UNSECURED       NOT FILED              .00            .00
NICOR GAS                    UNSECURED       NOT FILED              .00            .00
NICOR GAS                    UNSECURED       NOT FILED              .00            .00
ONE CLICK CASH               UNSECURED       NOT FILED              .00            .00
REICH & ORLOFF               UNSECURED       NOT FILED              .00            .00
RODALE BOOKS                 UNSECURED       NOT FILED              .00            .00
SCHMITZ BROTHERS PLUMBIN     UNSECURED       NOT FILED              .00            .00
SHORT TERM LOAN              UNSECURED       NOT FILED              .00            .00
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED              .00            .00
STATE FARM                   UNSECURED       NOT FILED              .00            .00
THADDEUS STAFIES             UNSECURED       NOT FILED              .00            .00
THD CBSD                     UNSECURED       NOT FILED              .00            .00
TRAVELERS INSURANCE          UNSECURED       NOT FILED              .00            .00
TRAVELERS INSURANCE          UNSECURED       NOT FILED              .00            .00
TRIBUTE GOLD MASTERCARD      UNSECURED       NOT FILED              .00            .00
UNIVERSAL BANK               UNSECURED       NOT FILED              .00            .00
```

Summary of disbursements:

---

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL  |
|---------------------|---------|----------|-----------|-------|--------|
| TOTAL CLMS ALLOWED  | .00     | .00      | .00       | .00   | .00    |
| PRINCIPAL PAID      | 549.06  | .00      | .00       | .00   | 549.06 |
| INTEREST PAID       | .00     | .00      | .00       | .00   | .00    |
| TOTAL PAID          | 549.06  | .00      | .00       | .00   | 549.06 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $   376.00  direct and $   1150.46  through the plan.

The Trustee received $   100.48 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                         PAGE   3
    CASE NO. 07 B 23752 ROBERT C HINZ & SHIRLEY J HINZ
```